JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEBRA GRODIVANT,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.: 5:18-cv-00110-JLS (SPx)<br><br>**ORDER GRANTING REMANDING BACK TO STATE COURT**<br><br>Courtroom: 10A<br>District Judge: Josephine L. Staton<br>Magistrate Judge: Sheri Pym<br>Complaint Filed: December 20, 2017<br>Trial Date: |

Based on the parties' stipulation and good cause appearing, the Court hereby **ENTERS** the Stipulation and this matter is remanded to Riverside Superior Court, Case No. RIC 1723881.

**IT IS SO ORDERED.**

Dated: February 09, 2018

_____
Hon. Josephine L. Staton
United States District Judge

1